IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 10-01277 BKT

HORACIO JUAN ACOSTA VILLEGAS

Chapter 13

XXX-XX-5223

FILED & ENTERED ON 04/13/2010

Debtor(s)

ORDER

Trustee to state position within twenty (20) days to debtor's motion for authority to modify secured debt (docket #12).

SO ORDERED.

San Juan, this 13 day of April, 2010.

Brian K. Tester
U.S. Bankruptcy Judge

C:   DEBTOR
     ENRIQUE M ALMEIDA BERNAL
     ALEJANDRO OLIVERAS RIVERA