**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:  HORACIO JUAN ACOSTA VILLEGAS | CASE NO. 10-01277 (BKT) |
| *Debtors* | CHAPTER 13 |

## RESPONSE TO TRUSTEE'S MOTION TO DISMISS

TO THE HONORABLE COURT:

COMES Now Debtor represented by the undersigned attorney, and respectfully states and prays as follows:

1.      On April 8, 2010 the Trustee filed a motion to dismiss in the instant case for failure to comply with his requirements made at the 341 meeting, specifically: "submit the complete documents requested". (Docket #13).

2.      The documents requested by the trustee at the 341 meeting of creditors were:

a)   document to sustain value of land- Cabo Rojo

b)   evidence of electricity bill and water bill

3.      On April 7, 2010 Debtor submitted evidence of water and electric power expenses to the Trustee through his uploading system. On April 15, 2010, Debtor uploaded to the Trustee's system comparable sales to sustain the value of a raw land lot he owes in 50% in Combate, Cabo Rojo.

4.      In light of the above, the Trustee's Motion to Dismiss (Docket 13) has become moot and thus should be denied.

5.      Any other matters pointed out by the Trustee at the 341 meeting as they appear from the minutes will be addressed by the Debtor through a response to the Trustee's report.

WHEREFORE, Debtor hereby prays from this Honorable Court to declare moot and/or deny the Trustee's Motion to Dismiss.

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the Trustee and to all CM/ECF participants.

RESPECTFULLY SUBMITTED.

*Response to Trustee's Motion to Dismiss*

*Page -2-*

In San Juan, Puerto Rico, this 17th day of April, 2010.


**ALMEIDA & DÁVILA, P.S.C.**
PO Box 191757
San Juan, Puerto Rico 00919-1757
Phone: (787) 722-2500
Fax: (787) 722-2227

**S/ ENRIQUE M. ALMEIDA BERNAL**
USDC-PR 217701
Email: ealmeida@almeidadavila.com

**S/ ZELMA DAVILA CARRASQUILLO**
USDC-PR 218913
Email: zdavila@almeidadavila.com