IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

HORACIO JUAN ACOSTA VILLEGAS

CASE NO. 10-01277 BKT

Chapter 13

XXX-XX-5223

FILED & ENTERED ON 05/10/2010

Debtor(s)

ORDER

Debtor's motion for authorization to modify secured debt (docket #12) is hereby granted. Debtor is ordered to file within thirty (30) days an informative motion indicating debtor's change of economical circumstances after the loan approval.

IT IS SO ORDERED.

San Juan, this 10 day of May, 2010.

Brian K. Tester
U.S. Bankruptcy Judge

CC:   DEBTOR(S)
      ENRIQUE M ALMEIDA BERNAL
      ALEJANDRO  OLIVERAS RIVERA