B6J (Official Form 6J) (12/07)

In re **HORACIO JUAN ACOSTA VILLEGAS**  
Debtor(s)

Case No. **10-01277 (BKT)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| Item | Amount |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 863.06 |
|    a. Are real estate taxes included?    Yes ___    No **X** | |
|    b. Is property insurance included?    Yes ___    No **X** | |
| 2. Utilities:    a. Electricity and heating fuel | $ 160.00 |
|             b. Water and sewer | $ 60.00 |
|             c. Telephone | $ 55.00 |
|             d. Other   **See Detailed Expense Attachment** | $ 120.00 |
| 3. Home maintenance (repairs and upkeep) | $ 58.85 |
| 4. Food | $ 286.09 |
| 5. Clothing | $ 60.00 |
| 6. Laundry and dry cleaning | $ 30.00 |
| 7. Medical and dental expenses | $ 50.00 |
| 8. Transportation (not including car payments) | $ 250.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 50.00 |
| 10. Charitable contributions | $ 20.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|        a. Homeowner's or renter's | $ 0.00 |
|        b. Life | $ 0.00 |
|        c. Health | $ 0.00 |
|        d. Auto | $ 0.00 |
|        e. Other ___ | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments)   (Specify) ___ | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|        a. Auto | $ 0.00 |
|        b. Other ___ | $ 0.00 |
|        c. Other ___ | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other   **PERSONAL CARE/MISCELLANEOUS** | $ 76.00 |
|       Other   **SOCIAL SECURITY FOR SAVINGS ACCOUNT (INCOME EXCLUSION)** | $ 1,183.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$ 3,322.00** |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

___

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ 4,272.00 |
| b. Average monthly expenses from Line 18 above | $ 3,322.00 |
| c. Monthly net income (a. minus b.) | $ 950.00 |

B6J (Official Form 6J) (12/07)

In re **HORACIO JUAN ACOSTA VILLEGAS**     Case No. **10-01277 (BKT)**

Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED
## Detailed Expense Attachment

**Other Utility Expenditures:**

| | |
|---|---|
| **CELLULAR** | $ **60.00** |
| **CABLE TV** | $ **60.00** |
| **Total Other Utility Expenditures** | $ **120.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### District of Puerto Rico

In re    HORACIO JUAN ACOSTA VILLEGAS      Case No.   10-01277 (BKT)
                         Debtor(s)      Chapter   13

## DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULE AND STATEMENT OF PURPOSE

DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing schedule(s), consisting of __2__ sheet(s), and that they are true and correct to the best of my knowledge, information, and belief.

*Declaro bajo pena de perjurio que he leído el reporte ("Schedule") que antecede, consistente en __2__ hoja(s), y que el mismo es cierto y correcto, a mi mejor conocimiento, información y creencia.*

**I likewise declare that the amendment submitted herein is made with the purpose of amending my expenses since due to mortgage modification the mortgage payment was reduced and to specify that Social Security for Savings Account expenses are excluded from income.**

*Declaro de la misma forma que la enmienda que se somete se hace con el propósito de enmendar mis gastos mensuales ya que debido a una modificación de la hipoteca el pago mensual de la hipoteca se redujo y para especificar que el Seguro Social para ser ahorrado es una exclusión de ingreso.*

Date   June 14th, 2010      Signature   **/s/ Horacio Juan Acosta Villegas**
                                               HORACIO JUAN ACOSTA VILLEGAS
                                               Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.