**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re: HORACIO J. ACOSTA VILLEGAS<br>*Debtor* | Case No. 10-01277 (BKT)<br><br>Chapter 13 |

## INFORMATIVE MOTION AND IN COMPLIANCE WITH ORDER

TO THE HONORABLE COURT:

COME NOW Debtor, through the undersigned attorney and very respectfully states and prays as follows:

1. On May 10, 2010 this Honorable Court granted Debtor 30 days to tile an informative motion indicating Debtor's change of economical circumstances after the loan approval. (Docket #21)

2. In compliance with this Honorable Court's Order, on today's date debtor has filed an Amended Schedule I, Amended Schedule J and Amended Chapter 13 Plan stating the change of Debtor's economical circumstances due to the new terms of the modification of the Plan.

WHEREFORE, Debtor in the above captioned proceedings pray that this Honorable Court take notice of the above and have Debtor in compliance with its Order.

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the Chapter 13 Trustee and to all CM/ECF participants.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico this 14th day of June 2010.

| | |
|---|---|
| **ALMEIDA & DÁVILA, P.S.C.**<br>PO Box 191757<br>San Juan, PR 00919-1757<br>Phone: (787) 722-2500<br>Fax: (787) 722-2227 | **/s/ ENRIQUE M. ALMEIDA BERNAL**<br>USDC-PR 217701<br>Email: ealmeida@almeidadavila.com<br><br>**/s/ ZELMA DÁVILA CARRASQUILLO**<br>USDC-PR 218913<br>Email: zdavila@almeidadavila.com |