IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

In re: HORACIO J. ACOSTA VILLEGAS
*Debtor*

Case No. 10-01277 (BKT)

Chapter 13

## MOTION TO SUBMIT DOCUMENTS WITH REGARDS TO MODIFICATION OF SECURED DEBT AND REQUEST FOR AUTHORIZATION TO MODIFY ACCORDINGLY

TO THE HONORABLE COURT:

COME NOW Debtor, through the undersigned attorney and very respectfully states and prays as follows:

1. On March 29, 2010 Debtor filed a Motion for Authority to Modify Secured Debt with regards to a home mortgage modification due to a modification commitment obtained from creditor First Bank. On May 10, 2010 this Honorable Court granted Debtor's request for authorization. (Docket 21)

2. Debtor has completed the trial period with regards to the modification and has obtained **new terms** for the modification of the secured debt for $863.06, including the escrow, payable monthly over 40 years at a 6.5% interest rate. *Exhibit 1*

4. No proceeds will come from the modification. Moreover, the lender has informed the Debtor that there are no upfront costs of closing.

6. The payment by Debtor of the modified monthly mortgage payments will aid in granting Debtor ability to make Plan payments, and the modification will include arrears with the creditor, thus such arrears will not be paid through the plan.

WHEREFORE, Debtor in the above captioned proceedings pray that this Honorable Court grant Debtor's request for modification of his secured obligations owed to First Bank through loan modification from First Bank in the amount of $863.06, including the escrow, payable monthly over 40 years at a 6.5%.

*Motion to Submit Documents with Regards to Modification…*          *Page -2-*

**CERTIFICATE OF SERVICE**: It is certified that on this date I filed electronically the foregoing with the Clerk of the Court using the CM/ECF systems, which will send electronic notification of said filing to all participants of CM/ECF, including the US Trustee and José F. Cardona, Esq., attorney for First Bank. I further certify to have sent the present Motion by US Mail to creditor First Bank at PO Box 11865 San Juan, Puerto Rico 00910-3865.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico this 14th day of June 2010.

**ALMEIDA & DÁVILA, P.S.C.**
PO Box 191757
San Juan, PR 00919-1757
Phone: (787) 722-2500
Fax: (787) 722-2227

/s/ **ENRIQUE M. ALMEIDA BERNAL**
USDC-PR 217701
Email: ealmeida@almeidadavila.com

/s/ **ZELMA DÁVILA CARRASQUILLO**
USDC-PR 218913
Email: zdavila@almeidadavila.com

# FirstBank

## EVALUACION PARA MODIFICACION

| Nombre del Cliente | HORACIO ACOSTA VILLEGA<br>ROSA J SANTIAGO MONTANEZ | Dirección Propiedad | 1684 AGUAS CALIENTES<br>SAN JUAN PR 00926 |
|---|---|---|---|
| Hipoteca Número | 19372] | Inversionista | FB-101 |
| Tipo de Préstamo | 13 conv | | |

### Hipoteca Actual

| | | |
|---|---|---|
| Balance Original | $ | 150,400.00 |
| Balance Principal | $ | 143,256.86 |
| Principal & Interés | $ | 1,051.62 |
| Reserva | $ | 51.73 |
| Pago Total | $ | 1,103.35 |
| Tasacion original | | |
| | | |
| Tasa de Interes | | 7.500% |
| Fecha Originación | | 6-Jun-05 |
| Fecha de Madurez | | 1-Jul-35 |
| Termino de la Hipoteca | | 360 |
| Meses en atraso 2/01/10 - 6/01/10 | | 4 |
| Cargos por Demora | 4 x $ 1,103.34 | $ 4,413.36 |
| Inspecciones | $ | 368.06 |
| Gastos & Honorarios | $ | 87.50 |
| Deficiencia de la Reserva | $ | - |
| Bad Ck | $ | - |
| TOTAL | $ | 4,868.92 |

### Modificada

| | | | | |
|---|---|---|---|---|
| Balance Principal | $ | | | 143,256.86 |
| Intereses 2/1/2010 a 6/1/2010 | $ | | | 3,581.44 |
| Deficiencia de la Reserva | $ | | | - |
| Cargos por demora | $ | | | 368.06 |
| Inspecciones | $ | | | 87.50 |
| Bad Ck | $ | | | - |
| Estudio de Título | $ | | | 45.00 |
| BPO | $ | | | 200.00 |
| Gastos & Honorarios Ejecucion | $ | | | - |
| Gastos & Honorarios Modificacion | $ | | | - |
| Total | $ | | | 147,538.86 |
| | | | | |
| Tasa de Interes | | | | 6.500% |
| Fecha Primer Pago | | | | 1-Jul-10 |
| Fecha de Madurez | | | | 1-Jun-50 |
| Termino de la Hipoteca | | | | 480 |
| Principal & Interés | $ | | | 811.34 |
| Reserva | $ | | | 51.72 |
| Pago Total | $ | | | 863.06 |
| | | | | |
| | | | | 863.06 |

** Interes Reducido por 24 meses
** Esta sujeto a Revision final

Revisado: Isabel Candelas
Gerente
Unidad Especializada

Preparado por: Marilyn Quintana
Loss Mitigation

*Exhibit 1*