UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:

HORACIO JUAN ACOSTA VILLEGAS     CASE NO. 10-01277-BKT
                                         CHAPTER 13

    DEBTOR

## TRUSTEE'S POSITION REGARDING DEBTOR'S MOTION FOR APPROVAL OF MODIFICATION OF HOME MORTGAGE LOAN DKT.27

**TO THE HONORABLE COURT:**

Comes now Alejandro Oliveras Rivera, Chapter 13 Trustee, represented by the undersigned counsel and very respectfully states and prays:

The Trustee has reviewed debtor's motion for approval to modify his home mortgage loan. Dkt. 27

In principle, the trustee does not have an objection to debtor's motion in Docket 27, however, the motion does not include an objection language. In this respect, it is herein requested that debtor be ordered to provide an objection language to his motion appearing in Docket 27.

**WHEREFORE**, it is herein respectfully requested from this Honorable Court to take notice of the Trustee's position regarding debtor's motion filed in Docket 27.

### NOTICE

Within fourteen (14) days after service as evidenced by the

Trustee's Position Regarding Debtor's Motion
For Approval of Modification of Home Mortgage Loan
Dkt. 27
Case No. 10-01277-BKT
Page 2

certification, and an additional three (3) days pursuant to Fed.R.Bank. 9006(f) if you were served by mail, any party against whom this motion has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this motion with the Clerk of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the foregoing motion will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**CERTIFICATE OF SERVICE**: I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends a notification of such filing to all parties in this case registered for receipt of notice by electronic mail. I further certify that the foregoing document has been served to the U.S. Trustee at ustregion21.hr.ecf@usdoj.gov and by depositing true and correct copies thereof in the United States Mail, postage prepaid, to the non CM/ECF participants: debtor(s), at his mailing address of record.

**RESPECTFULLY SUBMITTED at** San Juan, Puerto Rico, this 22nd day of June, 2010.

**ALEJANDRO OLIVERAS RIVERA**
**CHAPTER 13 TRUSTEE**
P.O. Box 9024062
San Juan, PR 00902-4062
Tel. 977-3500 Fax 977-3521
aorecf@ch13sju.com

By: **/s/MIRIAM D.SALWEN ACOSTA**
MIRIAM D. SALWEN ACOSTA
Staff Attorney
USDC-PR # 208910