IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>HORACIO JUAN ACOSTA VILLEGAS<br><br><br><br><br><br>XXX-XX-5223<br><br><br><br><br>**Debtor(s)** | CASE NO. 10-01277 BKT<br><br>Chapter 13<br><br><br><br><br><br><br>FILED & ENTERED ON 07/15/2010 |

ORDER

Debtor's motion to submit documents with regards to modification of secured debt and request for authorization to modify accordingly (docket #27) is hereby granted.

IT IS SO ORDERED.

San Juan, this 15 day of July, 2010.

*[signature]*
Brian K. Tester
U.S. Bankruptcy Judge

CC: DEBTOR(S)
ENRIQUE M ALMEIDA BERNAL
ALEJANDRO OLIVERAS RIVERA