IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

HORACIO JUAN ACOSTA VILLEGAS

XXX-XX-5223

Debtor(s)

CASE NO. 10-01277 BKT

Chapter 13

FILED & ENTERED ON 07/20/2010

## ORDER

Upon debtor's reply (see docket entry #16), the motion to dismiss filed by Trustee, docket entry #13 is hereby denied.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 20 day of July, 2010.

Brian K. Tester
U.S. Bankruptcy Judge

C: DEBTOR
   ENRIQUE M ALMEIDA BERNAL
   ALEJANDRO OLIVERAS RIVERA